UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CR 05 71 T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | : |
| v. | : | Violations: |
| | : | Count 1: 18 U.S.C. § 641 (Theft of Public Property) |
| ROBERT R. WARREN | : | Count 2: 21 U.S.C. § 844(a) (Possession of Controlled Substance) |
| Defendant | : | Count 3: 18 U.S.C. § 669 (Theft in Connection with Health Care Program) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Theft of Public Property)

On diverse dates between on or about June 1, 2004 and up to and including on or about September 30, 2004, in the District of Rhode Island, the defendant ROBERT R. WARREN, did knowingly and intentionally steal and convert to his use, a quantity of oxycodone tablets, which tablets were goods and property of the United States and its agency the Department of Veterans Affairs, in violation of Title 18, United States Code, Section 641.

**COUNT 2**
(Illegal Possession of Controlled Substance)

The United States Attorney further charges that:

On diverse dates between on or about June 1, 2004 and up to and including September 30, 2004, in the District of Rhode Island, the defendant ROBERT R. WARREN did knowingly

and intentionally possess oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

**COUNT 3**

(Theft or Embezzlement in Connection with Health Care)

The United States Attorney further charges that:

On diverse dates between on or about June 1, 2004 and up to and including September 30, 2004, in the District of Rhode Island, the defendant ROBERT R. WARREN, did knowingly and willfully steal, and otherwise without authority convert to his own use, the property and assets of a health care benefit program, as defined by Title 18, United States Code, Section 24(b), to-wit tablets of oxycodone, in violation of Title 18, United States Code, Section 669.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Kenneth P. Madden

KENNETH P. MADDEN
FIRST ASSISTANT U.S. ATTORNEY

Lisa Dinerman

LISA DINERMAN
ASSISTANT U.S. ATTORNEY

6/15/05

Date