**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-71T** **DATE: June 24, 2005**

**TITLE: USA v. Robert Warren**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Lisa Dinerman, AUSA
Andy Berg, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Arraignment on Criminal Information and Bail Hearing:

Deft informed of charges and rights.
Deft understands charges and rights.
Waiver of Indictment.
Court informs Deft of rights.
Deft understands rights and waiver.
Court accepts waiver.
Not guilty pleas entered.
Attys request bail.
Deft released on $10,000.00 unsecured bail and conditions.