AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.A.

APPEARANCE

v.

Robert Warren

CASE NUMBER: CR05-71T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert Warren

I certify that I am admitted to practice in this court.

6/24/05
*Date*

*Signature*

Andrew Berg — *Print Name*
4754 — *Bar Number*

128 Dorrance St., Suite 400
*Address*

Providence — *City*
RI — *State*
02903 — *Zip Code*

401-274-0113 — *Phone Number*
274-0175 — *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.