AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ROBERT R. WARREN

## WAIVER OF INDICTMENT

CR 05 71 T.

CASE NUMBER:

I, ROBERT R. WARREN, the above named defendant, who is accused of

Theft of Public Property in violation of 18 U.S.C. Section 641; Possession of a Schedule II Controlled Substance (Oxycodone) in violation of 21 U.S.C. Section 844(a); and Theft in Connection with Health Care Program in violation of 18 U.S.C. Section 669

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 24, 2005 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Robert Warren
*Defendant*

*Counsel for Defendant*

Before
*Judicial Officer* USMJ

This form was electronically produced by Elite Federal Forms, Inc.