# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ROBERT WARREN

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 05-71T

(Name and Address of Defendant)

ROBERT WARREN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Friday, June 24, 2005 at 2:00 P.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18;21 Section(s) 641, 669; 844(a)

Brief description of offense:

Theft of Public Property, Possession of a Schedule II Controlled Substance (Oxycocone) and Theft in Connection with a Health Care Program

Signature of Issuing Officer

June 16, 2005
Date

Martha Saucier/ Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 6/24/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. Magistrate Court Providence, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/24/05
Date

Burton Stallwood
Name of United States Marshal

Robert D Young
(by) Deputy United States Marshal

Remarks: Δ's Atty Previously Served by FAX

2005 JUN 27 A 11: 23

FILED