UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR05-71T |
| | : | |
| v. | : | Violations: |
| | : | Count 1: 18 U.S.C. § 641 (Theft of Public Property) |
| ROBERT R. WARREN | : | Count 2: 21 U.S.C. § 844(a) (Possession of Controlled Substance) |
| Defendant | : | Count 3: 18 U.S.C. § 669 (Theft in Connection with Health Care Program) |

**ENTRY OF APPEARANCE**

I, Danielle Menard, enter my appearance for the defendant, Robert R. Warren in the above-referenced case.

For the Defendant
ROBERT R. WARREN

Danielle R. Menard, Esq.
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903