**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-71T **DATE**: July 21, 2005
**TITLE OF CASE:** USA v. Robert Warren

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**

---

**COUNSEL PRESENT**

Government: James Leavey, AUSA

Defendant: Danielle Menard, Esq.

Probation: Dennis Jenkins

---

**PROCEEDINGS:** **Change of Plea Hearing**

July 21, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. Government summarizes charges, potential penalties, terms of plea agreement and elements of proof. Defendant sworn. Court questions defendant. Government summarizes facts of the charge, maximum penalties, terms of plea agreement and elements of proof. Defendant is sworn. Court questions defendant. Government summarizes facts of the charge. Court finds Defendant competent and able to enter an informed plea. Court finds plea voluntary and made of Defendant's own free will. Final acceptance of defendant's guilty plea when verification of medication received from treating physician. Sentencing scheduled for Friday, October 28, 2005 at 11:00 a.m. Court allows defendant to continue on same bail.

Recess